IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAMIN PARTOW,

  Appellant,

v.

CITIMORTGAGE, INC.,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3166

Opinion filed January 8, 2015.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

John R. Stiefel, Jr. of Brennan, Manna & Diamond, P.L., Jacksonville, and Donald Moses, Atlantic Beach, for Appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Celia C. Falzone of Akerman LLP, Jacksonville, for Appellee.

PER CURIAM.

  AFFIRMED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.